# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| George Daum, | Civil No. 08-4875 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Planit Solutions, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 62), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with waiver of all rights of appeal, including those under Fed. R. Civ. P. 60, and without costs or attorneys fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 26, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge